

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: | § | No. 08-08-00200-CV |
| PROFESSIONAL FOOD SYSTEMS and PILGRIM'S PRIDE CORPORATION, | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Linda Chew, Judge of the 327th District Court of El Paso, Texas, and concludes that Relators' petition for writ of mandamus should be dismissed. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.